PER CURIAM.
Affirmed on the authority of Redditt v. State, Fla.1955, 84 So.2d 317; Tennant v. State, Fla.App. 1967, 205 So.2d 324; Farrington v. State, Fla.App.1968, 207 So.2d 513; Carter v. State, Fla.App.1968, 212 So.2d 805; Costantino v. State, Fla.App.1969, 224 So.2d 341; Wingate v. State, Fla.App.1970, 232 So.2d 44; Ricks v. State, Fla.App.1970, 242 So.2d 763; Reis v. State, Fla.App.1971, 248 So.2d 666; Hemmerle v. City of Wilton Manors, Fla.App.1971, 251 So.2d 146; Starling v. State, Fla.App.1972, 263 So.2d 645; Oatman v. State, Fla.App.1974, 289 So.2d 431; Gray v. State, Fla. App.1974, 296 So.2d 612; McNeal v. State, Fla.App.1974, 303 So.2d 698; Rule 6.7(g), F.A.R.; Harris v. United States, 390 U.S. 234, 88 S.Ct. 992, 19 L.Ed.2d 1067; Neil v. Riggers, 409 U.S. 188, 93 S.Ct. 375, 34 L.Ed.2d 401. See also: David v. State, Fla.App.1973, 277 So.2d 69.